**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

**CASE NO.: 4:20-cv-00024**

MARK A. JOHNSON,

Plaintiff,

v.

J. G. SMITH, INC. dba PROFESSIONAL CARPET CLEANING SUPPLIES,

Defendant.

---

# COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARK A. JOHNSON by and through his undersigned counsel, brings this Complaint against Defendant J. G. SMITH, INC. dba PROFESSIONAL CARPET CLEANING SUPPLIES for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARK A. JOHNSON ("JOHNSON"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Johnson's original copyrighted works of authorship.

2. Johnson is a Brooks Institute of Photography graduate from Hawaii and living in Australia. He specializes in outdoor and adventure photography with a special interest in waves and coastal scenes, travel, sport (surfing, kite surfing, windsurfing, mountain biking, golf, and more), people & lifestyle and nature photography. Johnson's photography is highly regarded by art directors and editors and has been used in publications and companies around the world, including Outside, National Geographic Adventure, Microsoft, and General Motors.

3. Defendant J. G. SMITH, INC. DBA PROFESSIONAL CARPET CLEANING SUPPLIES ("JGS") is a carpet cleaning and restoration and retail supply business. JGS stocks a wide variety of chemicals, parts and equipment, services vans, truckmounts, portables and other equipment, and provides IICRC certification classes and workshops.

4. Johnson alleges that JGS copied Johnson's copyrighted Work from the internet in order to advertise, market and promote its business activities. JGS committed the violations alleged in connection with JGS's business for purposes of advertising and promoting sales to the public in the course and scope of JGS's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Texas.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. J. G. Smith, Inc. dba Professional Carpet Cleaning Supplies is a Texas corporation with its principal place of business at 12750 South Pipeline Road, Euless, Texas, 76039, and can be served by serving its Registered Agent, Mr. James G. Smith, 503 South Pipeline Road, Euless, Texas, 76040.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2011, Johnson created a photograph entitled "Corbis-42-30371726," which is shown below and referred to herein as the "Work".



11. Johnson registered the Work with the Register of Copyrights on August 24, 2011 and was assigned the registration number VAu 1-076-739. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Johnson was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

13. JGS has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, JGS copied the Work.

15. JGS copied Johnson's copyrighted Work without Johnson's permission.

16. After JGS copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its professional carpet cleaning and restoration business.

17. JGS copied and distributed Johnson's copyrighted Work in connection with JGS's business for purposes of advertising and promoting JGS's business, and in the course and scope of advertising and selling products and services.

18. Johnson's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. JGS committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

20. Johnson never gave JGS permission or authority to copy, distribute or display the Work at issue in this case.

21. Johnson notified JGS of the allegations set forth herein on June 20, 2019 and July 22, 2019. To date, JGS has failed to respond to Plaintiff's Notices. Copies of the Notices to JGS are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Johnson owns a valid copyright in the Work at issue in this case.


**SRIPLAW**
21301 Powerline Road, Suite 100, Boca Raton, Florida 33433

24. Johnson registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. JGS copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Johnson's authorization in violation of 17 U.S.C. § 501.

26. JGS performed the acts alleged in the course and scope of its business activities.

27. JGS's acts were willful.

28. Johnson has been damaged.

29. The harm caused to Johnson has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant J. G. Smith, Inc. dba Professional Carpet Cleaning Supplies that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

e. Plaintiff be awarded prejudgment interest; and

f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 9, 2020

Respectfully submitted,

*/s/ Joel B. Rothman*

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21310 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*and*

JAMES EDWARD KEY
jkey@hfblaw.com

**HARRIS, FINLEY & BOGLE, P.C.**
777 Main Street
Suite 1800
Fort Worth, TX 76102
817.870.8735 – Telephone
817.333.1182 – Facsimile

*Attorneys for Plaintiff Mark A. Johnson*